# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS HINES, | Case No. 2:17-cv-01688-APG-CWH |
| Plaintiff, | |
| v. | |
| CLEARWATER PAPER CORP, | **ORDER** |
| Defendant. | |

Presently before the Court is pro se Plaintiff Dennis Hines' motion (ECF No. 12), filed on October 19, 2017, and styled as "Motion to File Out of Time For Good Cause." Upon review, it is not clear to the Court what relief Plaintiff's motion requests.

Plaintiff's motion includes six numbered items, which Plaintiff states are offered in support of his First Amended Complaint. There is no clear purpose or request related to these items, which include what appears to be a website address and an incomplete citation to a case in the State of Colorado. Plaintiff does not cite any authority in his motion which would guide the Court in granting or denying relief. Under Local Rule 7-2(d), the failure of a moving party to file points and authorities in support of a motion constitutes consent to the denial of that motion. The Court will therefore deny the motion, with leave to refile with a clear request for relief or action from the Court.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 12) is DENIED without prejudice.

DATED: October 23, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1