# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS HINES, ) | Case No. 2:17-cv-01688-APG-CWH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CLEARWATER PAPER CORPORATION, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Presently before the Court is Defendant Clearwater Paper Corporation's motion for an early neutral evaluation conference (ECF No. 20), filed on January 31, 2018. Defendant requests that this case be included in the early neutral evaluation program, pursuant to Local Rule 16-6(a-b).

Under Local Rule 16-6(a), "[a]ll employment-discrimination actions filed in this court must undergo early neutral evaluation as defined by this rule." This includes actions filed under the Age Discrimination in Employment Act, which is one of the causes of action alleged in Plaintiff's complaint. The Court will grant Defendant's motion to include this case in the early neutral evaluation program.

IT IS THEREFORE ORDERED that Defendant's motion for an early neutral evaluation conference (ECF No. 20) is GRANTED. The Clerk of Court shall assign this case to the ENE program and assign an evaluating judge.

DATED: February 6, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1