# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DENNIS HINES,<br><br>           Plaintiff,<br><br>vs.<br><br>CLEARWATER PAPER CORPORATION,<br><br>           Defendants. | 2:17-cv-01688-APG-CWH<br>**ORDER** |

Before the Court is Defendant Clearwater Paper Corporation's Request to Continue the Early Neutral Evaluation Conference (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that an in-chambers' telephonic hearing on Defendant Clearwater Paper Corporation's Request to Continue the Early Neutral Evaluation Conference (ECF No. 25) is scheduled for 10:00 AM, February 23, 2018.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 14th day of February, 2018.

                                                  _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE