# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DENNIS HINES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLEARWATER PAPER CORPORATION,<br><br>　　　　　Defendant. | 2:17-cv-01688-APG-CWH<br><br>**ORDER** |

Before the Court is Plaintiff Dennis Hines' Motion to Stay (ECF No. 33).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Dennis Hines' Motion to Stay (ECF No. 33) is scheduled for 10:00 AM, June 11, 2018, in Courtroom 3D at the U.S. District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 5th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE