# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DENNIS HINES,<br><br>   Plaintiff,<br><br>vs.<br><br>CLEARWATER PAPER CORPORATION,<br><br>   Defendant. | 2:17-cv-01688-APG-CWH<br>**AMENDED ORDER** |

  Before the Court is Plaintiff Dennis Hines' Motion to Stay (ECF No. 33).

  Accordingly,

  IT IS HEREBY ORDERED that Plaintiff Dennis Hines' Motion to Stay (ECF No. 33) is scheduled for 10:00 AM, June 11, 2018 is RESCHEDULED for **11:00 AM, June 11, 2018**, in Courtroom 3D at the U.S. District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

  DATED this 5th day of June, 2018.

                  _____
                  CAM FERENBACH
                  UNITED STATES MAGISTRATE JUDGE