UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DENNIS HINES,

    Plaintiff.

v.

CLEARWATER PARPER CORP.,

    Defendant.

Case No.: 2:17-cv-01688-APG-CWH

**Order Overruling Objection and Closing Case**

[ECF No. 54]

    I previously ruled that the parties' settlement, achieved at a settlement conference with Magistrate Judge Ferenbach, was valid and enforceable. ECF No. 52. I ordered the parties to comply with that settlement agreement. Plaintiff Dennis Hines subsequently filed an "Objection" to my order. ECF No. 54. Though procedurally improper and difficult to understand, it appears Hines simply disagrees with my decision. Hines offers no valid reason for me to reconsider or reverse my prior order. I therefore will deny the objection. Because the dispute has been settled, the case shall be dismissed with prejudice as required under the terms of the settlement. *See* ECF No. 37-2 at 3, ¶ 6.

    IT IS THEREFORE ORDERED that plaintiff Dennis Hines' objection **(ECF No. 54) is OVERRULED**. The clerk shall enter judgment dismissing this case with prejudice and close the file.

    DATED this 4th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE